UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Naturale & Co., et al.,

                Plaintiff(s),

v.                                            Case No. 4:21−cv−12451−SDK−DRG
                                                             Hon. Shalina D. Kumar

Bruce Eck, et al.,

                Defendant(s),

### NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Shalina D. Kumar at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan. The following motion(s) are ***rescheduled*** for hearing:

Motion for Preliminary Injunction – #42

- MOTION HEARING: September 26, 2023 at 12:00 PM

**ADDITIONAL INFORMATION:** Evidentiary Hearing

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                                        By: s/T. Hallwood
                                                                            Case Manager

Dated: August 30, 2023